Order affirmed, with costs, and question certified answered in the negative ; no opinion.

Concur : GRAY, HAIGHT, VANN, WERNER, HISCOCK and CHASE, JJ. Absent : CULLEN, Ch. J.

---

In the Matter of the Application of DORA FRIEDMAN, as Administratrix of the Estate of HARRIS FRIEDMAN, Deceased, Respondent, for an Order Directing THOMAS J. O'NEILL, an Attorney, Appellant, to Turn over Certain · Moneys.

*Matter of Friedman*, 136 App. Div. 750, affirmed.
(Argued June 1, 1910; decided June 17, 1910.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered March 4, 1910, which affirmed an order of Special Term directing the appellant to pay certain moneys to the petitioner.

*M. L. Malevinsky* and *Thomas J. O'Neill* for appellant.

*Maurice Nagler* for respondent.

Order affirmed, with costs ; no opinion.

Concur : CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and CHASE, JJ.

---

In the Matter of the Application of NATHANIEL N. SHIRE, Appellant, for a Writ of Mandamus against THEODORE A. BINGHAM, as Police Commissioner of the City of New York, Respondent.

*Matter of Shire*, 137 App. Div 901, affirmed.
(Argued June 2, 1910; decided June 17, 1910.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered April 22, 1910, which affirmed an order of Special Term denying a motion for a peremptory or alternative writ of